UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


FILED
JAN 23 2018

*********************************************************************

| | |
|---|---|
| LINDA R. PERRIN, | CIV 16-4178 |
| Plaintiff, | |
| vs. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

*********************************************************************

In accordance with the Order entered this date, this case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g), sentence four.

Dated this 23rd day of January, 2018.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, Clerk

By_____
Deputy